ROBERT M. BUGLE, as Administrator of the Estate of JAMES C. BUGLE, Deceased, Respondent, v. WILLIAM M. McMAHON, Defendant, and WILLIAM G. McMAHON, Appellant.—

It fails to allege any causal connection between the accident and any act or conduct of the appellant. Furthermore, the allegation that the appellant gave the automobile, or the funds out of which it was purchased, to the other defendant, is consistent with liability and non-liability. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.